## JONES ET AL. v. BRADFORD, SHERIFF, ET AL.

[No. 3,768.    Filed May 28, 1901.]

From Grant Circuit Court;  *H. J. Paulus*, Judge.

Action by Lydia A. Jones and others against Cassius C. Bradford and others to enjoin the sale of real estate.  From a judgment for defendants, plaintiffs appeal.  *Affirmed.*

*W. H. Carroll* and *G. D. Dean*, for appellants.

*R. T. St. John* and *W. H. Charles,* for appellees.

BLACK, C. J.—Under an assignment that the court erred in overruling their motion for a new trial, appellants have discussed the evidence; but there can be no decision upon the merits, for the reason that the evidence is not presented by a bill of exceptions, an ineffectual attempt being made to bring it into the record by the method provided in the sixth section of the act of 1899.  Acts 1899, p. 384.  See *Adams* v. *State*, 156 Ind. 596; *Anderson* v. *Lake Shore, etc., R. Co.*, 26 Ind. App. 196; *Shirk* v. *Lingeman*, 26 Ind. App. 630; *Horner* v. *Clark, ante,* 6.

Judgment affirmed.

---

## WESTERN UNION TELEGRAPH COMPANY v. MADDUX.

[No. 3,484.    Filed October 19, 1901.]

From Lawrence Circuit Court;  *W. H. Martin,* Judge.

Action by Willard Maddux against The Western Union Telegraph Co. for damages.  From a judgment for plaintiff, defendant appeals.  *Reversed.*

*J. E. Williamson, G. H. Fearons, S. N. Chambers, S. O. Pickens,* and *C. W. Moores,* for appellant.

PER CURIAM.—The questions presented herein are the same ones considered in *Western Union Tel. Co.* v. *Ferguson*, 157 Ind. 64.

Upon the authority of that case the judgment is reversed.